# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3817

_____

| | | |
|---|---|---|
| Theresa M. Holder, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Kenneth S. Apfel, Commissioner of | * | [UNPUBLISHED] |
| Social Security, | * | |
| | * | |
| Appellee. | | |

_____

Submitted:  December 7, 1999

Filed:   December 10, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Theresa M. Holder appeals the district court's order affirming the Commissioner's decision to deny Holder disability insurance benefits. Having carefully reviewed the record, we conclude that no error or law or fact appears and that an extended opinion would serve no useful purpose in this fact-intensive case. We find substantial evidence on the record as a whole supports the decision of the Commissioner, and Holder is not disabled for social security purposes. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.